IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 1:20-CR-59

TERRANCE CHANDLER
CURTIS WASHINGTON
MARCQUELL PATTERSON
TRAVIS WEBB
BOBBY EARL BROWNLEE
ANTONY HUNTER
ROBERT QUINN
JAMIE LOGAN
STEVEN POSLEY
NICO TERRELL SMITH
STEVEN CALVERT
VERONICA CURTIS

**ORDER GRANTING CONTINUANCE**

On November 22, 2021, Nico Smith filed a motion to continue the January 10, 2022, trial date and related pretrial deadlines. Doc. #399. As cause, Smith represents that his counsel "is still reviewing the volumes of discovery in this matter which is over 6000 pages, and will not be completed by the January 10, 2022 trial date." *Id.* at 1. He also represents that his counsel "has two previously scheduled [state court] trial[s] on the same date." *Id.*

On December 9, 2021, Marcquell Patterson joined Smith's motion to continue, stating that he and his counsel "do not have sufficient reasonable time prior to the current scheduled trial date to evaluate this [voluminous] discovery, make further investigation based upon the same and possibly discuss a plea and other related issues with the Government's counsel." Doc. #430. Patterson further submits that his counsel has a hearing scheduled for January 11 in another criminal case in this district. *Id.* at 2.

Four days later, Bobby Earl Brownlee, Jamie Logan, and Steven Posley filed separate but

identical motions to continue the January 10 trial date, all representing that they "do not have sufficient reasonable time prior to the current scheduled trial date to evaluate all of the discovery, and to make further investigation … and to continue to discuss possible pleas and other related issues and matters with the Government's counsel." Docs. #431, #432, #433.[1]

The Court concludes the ends of justice will be served by granting a continuance to allow the defendants sufficient time to review all discovery and to resolve all counsel's conflict with the current trial date. Because the Court further concludes such ends outweigh the best interest of the public and the defendants in a speedy trial, the motions to continue [399][431][432][433] are **GRANTED**.[2]

Trial is continued to **March 21, 2022**; the plea agreement deadline and the motions-in-limine deadline are both February 28, 2022; the dispositive motions deadline is February 22, 2022; and the non-dispositive motions deadline is February 14, 2021. The delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to all trial defendants in this case. *See* 18 U.S.C. § 3161(h)(6) (excluding from all computations relative to the Speedy Trial Act "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

**SO ORDERED**, this 16th day of December, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] These motions also state as cause that "Brownlee has had a bout with covid-19 and was hospitalized at North Mississippi Medical Center, West Point, Miss, from 18th day of September, 2021 to the 25th day of September, 2021, and he is still recovering and recuperating from the effects of covid-19, and has been on restrictions. He is still under his doctor's care and has not been released from the doctors to be able to effectively assist his counsel in preparing for the trial set for January 10, 2022, nor participate in his defense."

[2] None of the motions state whether they are opposed. However, no opposition to Smith's motion has been filed and the time within which to do so has expired.